UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE RUTH B. MONTENEGRO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>**JOSE ANTONIO MAYORAL**,<br><br>　　　　　　　Defendant. | CASE NO.:　22CR1558-RBM<br><br>**ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING** |

**IT IS HEREBY ORDERED** that the Joint Motion to Continue the Motion Hearing/Trial Setting scheduled for October 14, 2022, at 9:00 a.m. to November 18, 2022, at 9:00 a.m. be granted. It is further ordered that time is excluded from the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(D) and 18 U.S.C. § 3161(h)(7)(A).

DATED: 10/6/2022

**Honorable Ruth B. Montenegro**
United States District Judge