AO 247 (Rev. 11/11:CASD 05/15)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)      Page 1 of 1

# UNITED STATES DISTRICT COURT
### for the
### Southern District of California

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
| Jose Antonio Mayoral | )   Case No: 3:22-cr-01558-RBM-1 |
|  | )   USM No: 05920510 |
| Date of Original Judgment: 08/07/2023 | ) |
| Date of Previous Amended Judgment: | )   Payam Fakharara |
| *(Use Date of Last Amended Judgment if Any)* | )   *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of      8/7/2023      months **is reduced to**   6 months     .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated      08/07/2023      shall remain in effect.

**IT IS SO ORDERED.**

Order Date:   2/12/2024

_____
*Judge's signature*

Effective Date: _____
*(if different from order date)*

RUTH BERMUDEZ MONTENEGRO
*Printed name and title*